## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JAMES EDWARD BROWN, JR.,                                                     PLAINTIFF
ADC #094724

v.                                5:14CV00352-JLH-JJV

ROBBY FRED, Administrator,
Arkansas County Jail; *et al*.                                              DEFENDANTS

### JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 10th day of November, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE